# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2013

*The Court of Appeals hereby passes the following order:*

**A12A2069. KICKLIGHTER et al. v. DEAL.**

We granted the appellants' application for interlocutory review of the trial court's order denying their motion to disqualify and exclude certain opinions of the appellee's family physician in this dental malpractice case. Because we granted the appellants' application for interlocutory review without the benefit of the full appellate record, and because upon complete review the record supports the findings and conclusions of the trial court, we conclude that the application for interlocutory review was improvidently granted.

Accordingly, the order granting the appellants' application is vacated, and this appeal is hereby dismissed. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843 (397 SE2d 632) (1990) (dismissing discretionary appeal as improvidently granted where full consideration of the record revealed no error in trial court's ruling).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*